

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2017

No. 04-16-00792-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0790
Honorable Philip Kazen, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to October 25, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Kaushik Rambhotla
Rambhotla Law Firm, PLLC
4000 Medical Drive, Suite 207
Austin, TX 78756

Jennifer Rossmeier Brown
Bexar County District Attorney's Office
101 W. Nueva St.
Suite 715
San Antonio, TX 78205